Terry Gross, terry@gba-law.com (103878)
Adam C. Belsky, adam@gba-law.com (147800)
Sarah Crowley, sarah@gba-law.com (273663)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, CA 94104
Telephone:  (415) 544-0200
Facsimile:   (415) 544-0201

Attorneys for Plaintiff and the Proposed Class

*GRANTED — Judge Maria-Elena James*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELISSA BARRON, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>AUTOLIV, INC., AUTOLIV ASP, INC., AUTOLIV B.V. & CO. KG, TAKATA CORP., TK HOLDINGS, INC., TOKAI RIKA CO., LTD., TRAM, INC. d/b/a TOKAI RIKA U.S.A. INC., and TRW AUTOMOTIVE HOLDINGS CORP.,<br><br>　　　　　　　　　Defendants. | Case No. CV 12-3630<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>**[F.R.C.P. Section 41(a)(1)(A)]** |

　　　Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A), Plaintiff Melissa Barron hereby dismisses all claims made in Case No.CV 12-3630 without prejudice, against all defendants.

Dated: July 19, 2012　　　　　　　　　　　GROSS BELSKY ALONSO LLP

　　　　　　　　　　　　　　　　　　　　　By:  /s/ Adam C. Belsky          .
　　　　　　　　　　　　　　　　　　　　　　　　 Adam C. Belsky

　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　MELISSA BARRON

---

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; CASE NO CV 12-3630

# CERTIFICATE OF SERVICE

RE: *Melissa Barron v. Yazaki Corp., et al.*
<u>Case No. CV 12-3630</u>

I am a citizen of the United States and employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is GROSS BELSKY ALONSO LLP, One Sansome Street, Suite 3670, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

<u>XX</u>   **By ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the above-referenced matter.

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 19, 2012 at San Francisco, California.

                                            <u>   /s/ Jessica Dean</u>
                                            JESSICA DEAN